E-filing

JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
(510) 839-5200

Attorney for Plaintiff

FILED
APR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON GLOVER,

    Plaintiff,

vs.

PRINCE GEORGE COUNTY, a municipal corporation; MELVIN HIGH, in his official capacity as Chief of Police for PRINCE GEORGE'S COUNTY POLICE DEPARTMENT; MICHAEL JACKSON, in his official capacity as Sheriff for PRINCE GEORGE'S COUNTY; UNITED STATES OF AMERICA, a municipal corporation; JOHN CLARK, in his official capacity as Director of the UNITED STATES MARSHAL'S SERVICE; and DOES 1-25;

    Defendants.
_____/

Case No. C08-02043

**COMPLAINT FOR DAMAGES**

**JURY TRIAL DEMANDED**

## JURISDICTION

1.     This action arises under California law. Jurisdiction of this action is conferred upon this Court by Title 42 of the United States Code, Sections 1332 and 1346. The unlawful acts and practices alleged herein occurred in Prince George's County, Maryland, and caused injury to Plaintiff in Santa Clara County, California, which is within this judicial district.

COMPLAINT FOR DAMAGES - 1

## PARTIES

2. Plaintiff herein, JASON GLOVER, is and was at all times herein mentioned a citizen of the United States residing in Santa Clara County in California.

3. Defendant PRINCE GEORGE'S COUNTY ("COUNTY") is a municipal corporation, duly organized and existing under the laws of the State of Maryland. The County operates under its authority the PRINCE GEORGE'S COUNTY POLICE DEPARTMENT and the OFFICE OF THE SHERIFF FOR PRINCE GEORGE'S COUNTY.

4. At all times mentioned herein, Defendant MELVIN HIGH ("HIGH") was employed as the Chief of Police for PRINCE GEORGE'S COUNTY POLICE DEPARTMENT. He is being sued in his official capacity as Chief of Police for Prince George's County Police Department.

5. At all times mentioned herein, Defendant MICHAEL JACKSON ("JACKSON") was employed as Sheriff for the Office of the Sheriff for PRINCE GEORGE'S COUNTY. He is being sued in his official capacity as Sheriff for PRINCE GEORGE"S COUNTY.

6. Defendant UNITED STATES OF AMERICA ("USA") is a municipal corporation, duly organized and existing under the laws of the United States of America. The USA operates under its authority the United States Marshal's Service.

7. At all times mentioned herein, Defendant JOHN CLARK ("CLARK") was employed as Director of the United States Marshal's Service. He is being sued in his official capacity as Director of the United States Marshal's Service.

8. Plaintiff is ignorant of the true names and capacities of Defendants DOES 1 through 25, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each Defendant so named is responsible in some manner for the injuries and damages sustained by Plaintiff as set forth herein. Plaintiff will amend his complaint to state the names and capacities of DOES 1-25, inclusive, when they have been ascertained.

9. In engaging in the conduct described herein, Defendant Deputy Sheriffs, Police Officers and/or United States Marshals acted under the color of law and in the course and scope of their employment with the COUNTY and the UNITED STATES OF AMERICA, respectively.

Defendant COUNTY and/or UNITED STATES OF AMERICA are therefore liable for the wrongful acts of their respective employees alleged herein under principles of respondeat superior.

9. For State causes of action, Plaintiff is required to comply with an administrative claim requirement under Maryland law. Plaintiff has complied with all applicable requirements.

## STATEMENT OF FACTS

10. On April 3, 2007, Plaintiff JASON GLOVER was negligently arrested by unknown United States Marshals DOES 1-10 on a warrant alleging that Plaintiff was a fugitive from justice, pursuant to an arrest warrant issued by Defendant PRINCE GEORGE'S COUNTY charging Plaintiff with 39 counts of sexual assault. Plaintiff GLOVER, who in fact was not the subject of any outstanding arrest warrant, was booked into Santa Clara County jail at the direction of the unknown DOE Defendant UNITED STATES MARSHAL"S SERVICE employees.

11. Defendant PRINCE GEORGE'S COUNTY negligently confirmed that Plaintiff GLOVER was the subject of an outstanding arrest warrant issued by Defendant COUNTY and initiated extradition proceedings against Plaintiff, who was not allowed bail due to a fugitive hold.

12. After a high level of local publicity specifically erroneously named Plaintiff as being the fugitive from numerous sexual-assault related charges, Plaintiff GLOVER was released from custody after several days in jail, after a photographic identification by the victim of the alleged charges showed that Plaintiff GLOVER was not the man sought by the warrant issued by Defendant COUNTY.

13. Plaintiff alleges that Defendant COUNTY, by and through Sheriff JACKSON, Chief HIGH, employee DOES at the Police Department, and/or at the Sheriff's Department, negligently issued an arrest warrant on serious felony charges without providing reasonable identification of the actual alleged perpetrator of the crimes for which the warrant was issued.

14. Plaintiff further alleges that Defendant USA, by and through Director CLARK and/or employee DOES of Defendant USA, was negligent in arresting Plaintiff without taking reasonable measures to ensure that Plaintiff was in fact the person sought by the arrest warrant issued by Defendant COUNTY.

15. As a proximate result of the negligent arrest of Plaintiff GLOVER by Defendants, and/or each of them, Plaintiff suffered severe damages including severe emotional distress, damage to his reputation, and imprisonment for several days.

## FIRST CAUSE OF ACTION
(Negligence)

16. Plaintiff realleges and incorporates by reference herein paragraphs 1 through 15 of this complaint, except for any and all allegations of intentional, malicious, extreme, outrageous, wanton, and oppressive conduct by defendants, and any and all allegations requesting punitive damages.

17. At all times herein mentioned, each individually-named defendant herein was subject to a duty of care to avoid causing unnecessary physical harm and distress to persons through the negligent issuing of arrest warrants and the negligent making of arrests pursuant to arrest warrants. The wrongful conduct of each individually-named Defendant, as set forth herein, did not comply with the standard of care to be exercised by reasonable persons, proximately causing plaintiff to suffer injuries and damages as set forth herein. Pursuant to Government Code Section 815.2(a), Defendants COUNTY and USA are vicariously liable to Plaintiff for his injuries and damages suffered as alleged herein, incurred as a proximate result of the aforementioned wrongful conduct of Defendants.

18. As a proximate result of Defendants' negligent conduct, Plaintiff suffered significant wrongful physical incarceration, severe emotional and mental distress, injury having a traumatic effect on Plaintiff's emotional tranquility, and damages.

WHEREFORE, Plaintiff prays for relief as hereinafter set forth.

JURY DEMAND

19. Plaintiff hereby demands a jury trial in this action.

PRAYER

WHEREFORE, Plaintiff prays for relief, as follows:

1. For general damages in a sum exceeding $75,000.00;
2. For special damages in a sum according to proof;
3. For cost of suit herein incurred; and
4. For such other and further relief as the Court deems just and proper.

Dated: April 17, 2008

The Law Offices of John L. Burris

/s/
John L. Burris
Attorney for Plaintiff

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

## I. (a) PLAINTIFFS
JASON GLOVER

**DEFENDANTS**
PRINCE GEORGE COUNTY, a municipal corporation; et al.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: ___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
John L. Burris, Esq. State Bar #69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94612
(510) 839-5200

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For diversity cases only) (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [X] Original Proceeding
- [ ] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transferred from Another district (specify)
- [ ] Multidistrict Litigation
- [ ] Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault Libel & Slander
- 330 Federal Employers Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- [X] 360 Other Personal Injury

**TORTS - PERSONAL INJURY**
- 362 Personal Injury Med. Malpractice
- 365 Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 441 Voting
- 442 Employment
- 443 Housing
- 444 Welfare
- 440 Other Civil Rights
- 445 Amer w/disab - Empl
- 446 Amer w/ disab - Other
- 480 Consumer Credit
- 490 Cable/Satellite TV

**PRISONER PETITIONS**
- 510 Motion to Vacate Sentence Habeas Corpus
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**FORFEITURE/PENALTY**
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 RR & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt Relations
- 730 Labor/Mgmt Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce/ICC Rates/etc.
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 810 Selective Service
- 850 Securities/Commodities/ Exchange
- 875 Customer Challenge 12 USC 3410
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900 Appeal of Fee Determination Under Equal Access to Justice
- 950 Constitutionality of State Statutes
- 890 Other Statutory Actions

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
42 USC §§1332 and 1346

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 75,000
- [X] CHECK YES only if demanded in complaint: JURY DEMAND: [X] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE"

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AN "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE: April 18, 2008

SIGNATURE OF ATTORNEY OF RECORD
JOHN L. BURRIS

NDC-JS44