# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JASON GLOVER

SUMMONS IN A CIVIL CASE

V.

PRINCE GEORGE COUNTY, a municipal corporation, et al.

CASE NUMBER: C08-02043 PVT

E-filing ADR

TO: (Name and address of defendant)
SEE ATTACHMENT A TO SUMMONS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within TWENTY days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

CYNTHIA LENAHAN

(BY) DEPUTY CLERK

DATE APR 1 8 2008

NDCA0440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☐ Other *(specify)*:


### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
    *Date*                                *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## ATTACHMENT A TO SUMMONS

NAME:  
ADDRESS: Prince George County  
6602 Courts Drive  
Prince George, VA 23875

NAME:  
ADDRESS: Chief Melvin High  
Prince George County Police Department  
6600 Courthouse Road  
Prince George, VA 23875

NAME:  
ADDRESS: Michael Jackson, Sheriff  
Prince George County  
6601 Courts Drive  
Prince George, Virginia 23875

NAME: United States of America  
Office of the Attorney General  
Department of Justice  
10th & Pennsylvania Ave., N.W.  
Washington, D.C. 20530

NAME: John F. Clark, Director  
US Marshals Service  
333 Constitution Ave. NW  
Washington, DC 20530-1000