**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JASON GLOVER,                                        C 08-2043 PVT

        *Plaintiff(s),*

                                          **CLERK'S NOTICE RESCHEDULING**
                                          **CASE MANAGEMENT CONFERENCE**

*vs.*

PRINCE GEORGE COUNTY, ET AL.,

        *Defendant(s).*

_____

    Please take notice that the Case Management Conference scheduled August 5, 2008 at 2:00 p.m. has been rescheduled for **October 7,  2008 2:00 p.m.**  before Magistrate Patricia V. Trumbull**.**   Parties are to file a Joint Case Management Conference Statement on or before September 30, 2008.

                                      /s/ Corinne Lew

Dated: July 31,  2008
                                    _____
                                    Corinne Lew
                                    DEPUTY CLERK