AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

JASON GLOVER,  )
)
)
)
Plaintiff  )
v.  )   Civil Action No. C 08-02043 PVT
PRINCE GEORGE'S COUNTY, a municipal  )
corporation, et al.  )
)
)
Defendant  )

FIRST AMENDED   Summons in a Civil Action

To: SEE ATTACHMENT "A" TO FIRST AMENDED SUMMONS IN A CIVIL ACTION

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John L. Burris
Benjamin Nisenbaum
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200 Telephone

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 1 3 2008

Richard W. Wieking
Name of clerk of court

*/s/ Betty Walton*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

## ATTACHMENT "A" TO FIRST AMENDED SUMMONS

NAME:  Prince George's County Government Office Of Law
ADDRESS: 14741 Gov. Oden Bowie Drive
Suite 5121
Upper Marlboro, Maryland, 20772

NAME: Chief Melvin High
ADDRESS: Prince George's County Police Department
7600 Barlowe Road
Landover, Maryland 20785

NAME: Michael Jackson, Sheriff
ADDRESS: Prince George's County
Office of the Sheriff
1601 McCormick Drive
Largo, MD 20774

NAME: United States of America
Office of the Attorney General
Department of Justice
10th & Pennsylvania Ave., N.W.
Washington, D.C. 20530

NAME: John F. Clark, Director
US Marshals Service
333 Constitution Ave. NW
Washington, DC 20530-1000