Clerk's Use Only
Initial for fee pd.:

Type name, address, phone number of applicant here
Elissa D Levan, Asst Attorney General
Office of the Attorney General of Maryland
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202   410-576-6388

FILED
2008 SEP -2 P 2:40
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES GLOVER

Plaintiff(s),

v.

PRINCE GEORGE'S COUNTY, et al.

Defendant(s).

CASE NO. C 08-02043 PVT

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Elissa D. Levan, an active member in good standing of the bar of State of Maryland & US District Court for Md., hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant Michael Jackson in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: James Thomas Greene State Bar #57159
Special Assistant Attorney General
Office of the California Attorney General
1300 I Street
Sacramento, California 95814  (916) 324-5433

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/27/2008

Elissa D. Levan