RECEIVED
2008 SEP -2 PM 3:40
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST OF CA S.J.

UNITED STATES DISTRICT COURT

Northern District of California

SEP 02 2008

JASON GLOVER

Plaintiff(s),

v.

PRINCE GEORGE'S COUNTY, et al.

Defendant(s).

CASE NO. C 08-02043 PVT

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Elissa D Levan, an active member in good standing of the bar of State of Md, & U.S. District Court for Md. whose business address and telephone number (particular court to which applicant is admitted) is

Office of the Attorney General of Maryland
200 Saint Paul Street, 20th Floor
Baltimore, MD 21202   410-576-6388

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/2/08

Patricia V. Trumbull
United States Magistrate Judge