1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendant
   PRINCE GEORGE COUNTY
6
7
8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                              (SAN JOSE)
10

11  JASON GLOVER,                          )   No.  C08-02043PVT
                                           )
12        Plaintiff,                       )   **STIPULATED REQUEST FOR ORDER
                                           )   ENLARGING AND CHANGING TIME**
13  v.                                     )   **(Civil L.R. 6.2)**
                                           )
14  PRINCE GEORGE COUNTY, a                )
    municipal corporation; MELVIN HIGH,    )
15  in his official capacity as Chief of Police )
    for PRINCE GEORGE'S COUNTY             )
16  POLICE DEPARTMENT; MICHAEL             )
    JACKSON, in his official capacity as   )
17  Sheriff for PRINCE GEORGE'S            )
    COUNTY; UNITED STATES OF               )
18  AMERICA, a municipal corporation;      )
    JOHN CLARK, in his official capacity   )
19  as Director of the UNITED STATES       )
    MARSHAL'S SERVICE; and DOES            )
20  1-25,                                  )
                                           )
21        Defendants.                      )
                                           )
22

23        IT IS HEREBY STIPULATED by and between Plaintiff Jason Glover and Defendant

24  Prince George County that the Court issue an Order changing the time of the Case Management

25  Conference currently scheduled for October 7, 2008, and allow defendant an enlargement of time

26  to respond to the Complaint for Damages.  Defendant was served with the Complaint on August

27  14, 2008 and has until September 3, 2008 to file a response. Defendant is a government entity

28  situated in Maryland.  Defendant has requested that the County Counsel's Office for Santa Clara

**ANN MILLER RAVEL**
County Counsel
County of Santa Clara
San Jose, California

Stipulated Request for Order Enlarging and
Changing Time                                -1-                              C08-02043PVT

1  County represent it in this matter.  The County Counsel's office was provided with a copy of the
2  Complaint via Federal Express on August 25, 2008.  Deputy County Counsel David M. Rollo
3  has been assigned as attorney of record makes this request for the reasons set forth in the
4  accompanying declaration.  Plaintiff's counsel Benjamin Nisenbaum has advised Deputy County
5  Counsel David M. Rollo of a trial set from October 27, 2008 to October 31, 2008 on a different
6  case.

7  Dated: September 3, 2008                                          Respectfully submitted,

8                                                                                    LAW OFFICES OF JOHN L. BURRIS

9                                                                 By:         /S/
                                                                                    BENJAMIN NISENBAUM
10                                                                                Attorney for Plaintiff

11

12  Dated: September 3, 2008                                          Respectfully submitted,

13                                                                                    ANN MILLER RAVEL
                                                                                    County Counsel
14

15                                                                 By:         /S/
                                                                                    DAVID M. ROLLO
16                                                                                Deputy County Counsel

17                                                                                Attorney for Defendant
                                                                                    PRINCE GEORGE COUNTY
18

19         PURSUANT TO STIPULATION, IT IS SO ORDERED, Defendant Prince George
20  County shall have until October 10, 2008 to respond to the Complaint.  The Case Management
21  Conference is rescheduled to _____ before Magistrate Patricia V. Trumball.
22  Parties are to file a Joint Case Management Statement on or before _____.

23

24  Dated: _____

                                                                                    _____
25                                                                                PATRICIA V. TRUMBALL
                                                                                    United States Magistrate Judge
26

27

28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulated Request for Order Enlarging and
Changing Time                                                            -2-                                                           C08-02043PVT

DECLARATION OF DAVID M. ROLLO IN SUPPORT OF REQUEST

I, DAVID M. ROLLO, declare as follows:

1. That I am a Deputy County Counsel for the County of Santa Clara and have been assigned to the above-captioned case as attorney of record for defendant Prince George's County.

2. I received and reviewed the Complaint for the first time on August 27, 2008. I thereafter contacted the offices of plaintiff's counsel to discuss an enlargement of time to respond to the complaint. Both Mr. Nisenbaum and Mr. Burris were out of the office all week. I made phone contact with Mr. Nisenbaum and exchanged phone messages on Thursday and Friday, August 29. Mr. Nisenbaum has courteously agreed to an enlargement of time for defendant to respond to the complaint.

3. I do not yet have any of the underlying documents or paperwork relevant to the allegations in the complaint. Even if I did have them, my schedule is such that I will need more time to review the allegations of the complaint, talk to my client, and prepare the appropriate response.

4. This is the first time modification requested by the defendant. The initial case management order set the initial case management conference for August 5, 2008. That date was rescheduled to October 7, 2008 by the Clerk's Notice filed July 31, 2008. I am informed by the office of the Maryland State Attorney General that that office represents County Sheriffs in civil litigation and that they would likely be making an appearance in the near future as well on behalf of defendant Michael Jackson, Sheriff of Prince Georges County.

5. The requested time modification will impact the Case Management set for October 7, 2008. Defendant will simply not be in a position to collaborate on a Joint Case Management Statement by that time. It is the defendant's belief that the case is not yet fully at-issue.

/ /

/ /

/ /

1      6. Mr. Nisenbaum has informed my office via e-mail that he will be in Court for a trial
2  on a separate case from October 27, 2008 to October 31, 2008.
3      I declare that the above information is true and correct to the best of my knowledge
4  and belief and do so represent to this Court.
5  Dated: September 3, 2008                    /S/
                                                                  DAVID M. ROLLO

142075.wpd

**ANN MILLER RAVEL**
County Counsel
County of Santa Clara
San Jose, California

Stipulated Request for Order Enlarging and
Changing Time                    -4-                    C08-02043PVT