| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (SBN 44332) |
|   | United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143) |
|   | Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CSBN 154364) |
|   | Assistant United States Attorney |
| 4 | |
|   | 150 Almaden Blvd., Suite 900 |
| 5 | San Jose, California 95113 |
|   | Telephone: (408) 535-5082 |
| 6 | FAX: (408) 535-5081 |
|   | claire.cormier@usdoj.gov |
| 7 | |
|   | Attorneys for Federal Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JASON GLOVER, | ) | Case No. C 08-02043 JW (PVT) |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
|  | ) | ORDER DISMISSING CERTAIN |
| v. | ) | DEFENDANTS WITHOUT PREJUDICE |
|  | ) | |
| PRINCE GEORGE COUNTY, a municipal | ) | |
| corporation, et al., | ) | |
| Defendants. | ) | |

Plaintiff Jason Glover ("Plaintiff") and Defendants United States of America and John Clark, Director of the United States Marshal's Service ("Federal Defendants"), through their attorneys of record, hereby stipulate and agree as follows:

In order to allow for the submission of an administrative tort claim to the United States government, Plaintiff hereby dismisses the Federal Defendants from this action without prejudice, all parties to bear their own costs.

Respectfully submitted,

LAW OFFICES OF JOHN L. BURRIS

DATED: October 8, 2008

BENJAMIN NISENBAUM
Attorneys for Plaintiff

STIPULATION DISMISSING CERTAIN DEFENDANTS; PROPOSED ORDER
Case No. C 08-02043 PVT          -1-

|  |  |
|---|---|
| 1 |  |
| 2 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 |  |
| 4 | DATED: October 14, 2008 |
| 5 | CLAIRE T. CORMIER<br>Assistant United States Attorney |
| 6 |  |
| 7 | [PROPOSED] ORDER |
| 8 | IT IS SO ORDERED. |
| 9 |  |
| 10 | Dated: October 16, 2008 |
| 11 | JAMES WARE<br>United States District Judge |

STIPULATION DISMISSING CERTAIN DEFENDANTS; PROPOSED ORDER
Case No. C 08-02043 PVT                               -2-